# United States Court of Appeals

## For the Eighth Circuit

_____

No. 14-3892

_____

DaCosta Daniels

*Plaintiff - Appellant*

v.

Joshua Tyler, Individually and in his official capacity as a police officer for the
City of Sioux City

*Defendant - Appellee*

Sioux City Community School District

*Defendant*

_____

Appeal from United States District Court
for the Northern District of Iowa - Sioux City

_____

Submitted: September 4, 2015
Filed: September 10, 2015
[Unpublished]

_____

Before SHEPHERD, BYE, and KELLY, Circuit Judges.

_____

PER CURIAM.

DaCosta Daniels appeals the district court's[1] adverse grant of summary judgment in her 42 U.S.C. § 1983 action asserting a Fourth Amendment excessive-force claim and a state-law assault claim against a police officer.

After careful de novo review, viewing the evidence and drawing all reasonable inferences in favor of Daniels, see Laganiere v. Cty. of Olmsted, 772 F.3d 1114, 1116 (8th Cir. 2014), we conclude that the district court properly granted summary judgment based on qualified immunity, see Graham v. Connor, 490 U.S. 386, 396-97 (1989); Crumley v. City of St. Paul, 324 F.3d 1003, 1007 (8th Cir. 2003), and statutory immunity, see Iowa Code § 804.8(1); Johnson v. Civil Serv. Comm'n, 352 N.W.2d 252, 257 (Iowa 1984).

Accordingly, we affirm.  See 8th Cir. R. 47B.

_____

[1]The Honorable Mark W. Bennett, United States District Judge for the Northern District of Iowa.